E. Evans Wohlforth, Jr.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: 973-596-4879
Facsimile: 973-639-6486
ewohlforth@gibbonslaw.com
*Attorneys for Third-Party Defendant
Connecticut General Life Insurance Co.
(improperly named as 'CIGNA Health Care')*

RECEIVED

NOV 2 4 2008

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JERSEY SHORE UNIVERSITY MEDICAL CENTER,<br>           Plaintiff,<br><br>vs.<br><br>GEORGE AND ANGELA BURKS his wife,<br>           Defendants Third-Party Plaintiff,<br><br>vs.<br><br>CIGNA HEALTH CARE,<br>           Third-Party Defendant. | *DOCUMENT FILED ELECTRONICALLY*<br><br>Civil Action No.: 3:08-cv-05376 (FLW)(JJH)<br><br>**STIPULATION AND<br>CONSENT ORDER OF REMAND**<br><br><br>[Matter originally pending in the Superior Court of New Jersey, Law Division, Monmouth County under the docket number MON-L-4206-08 and consolidated under MON-L-3019-07.] |

      Defendant Connecticut General Life Insurance Co. ("CGLIC") (CIGNA Health Care being its service mark, improperly named as a defendant in this matter), and Plaintiff Jersey Shore University Medical Center and Defendant/Third Party Plaintiffs George and Angela Burks (collectively "the Parties"), for their Stipulation and Consent Order of Remand, state that whereas:

1. On October 29, 2008, Defendant CGLIC removed the present action from the Superior Court of New Jersey, Monmouth County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1331 (Federal Question), 1441, and 1446.

2. On October 27, 2008, Superior Court of New Jersey consolidated the above-captioned matter (Docket No. MON-L-4206-08) with the matter titled Burks v. Meehan, Docket No. MON-L-3019-07.

3. The parties having agreed as indicated by the signatures of counsel appearing below that this action should be remanded to State court where it was originally brought.

IT IS HEREBY STIPULATED AND AGREED that this action will be remanded to the Superior Court of New Jersey, Law Division, Monmouth County where it originally was brought, under Index No. MON-L-4206-08 and consolidated, under Index No MON-L-3019-07.

CELENTANO, STADTMAUER &
WALENTOWICZ, LLP
Northview Office Park
1035 Route 46 East
P.O. Box 2594
Clifton, New Jersey 07015-2594

_____
Steven Stadtmauer, Esq.
Attorneys for the Plaintiff
North Jersey Univ. Med. Ctr.

Dated: Nov. 12, 2008

DRAZIN AND WARSHAW, P.C.
25 Reckless Place
P.O. Box 8909
Red Bank, New Jersey 07701

_____
Dennis A. Drazin, Esq.
Attorneys for the Dependant/Third-Party
Plaintiffs George and Angela Burks

Dated: Nov. ___, 2008

#1358036 v1
105712-64453

2

1. On October 29, 2008, Defendant CGLIC removed the present action from the Superior Court of New Jersey, Monmouth County, to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1331 (Federal Question), 1441, and 1446.

2. On October 27, 2008, Superior Court of New Jersey consolidated the above-captioned matter (Docket No. MON-L-4206-08) with the matter titled Burks v. Meehan, Docket No. MON-L-3019-07.

3. The parties having agreed as indicated by the signatures of counsel appearing below that this action should be remanded to State court where it was originally brought.

IT IS HEREBY STIPULATED AND AGREED that this action will be remanded to the Superior Court of New Jersey, Law Division, Monmouth County where it originally was brought, under Index No. MON-L-4206-08 and consolidated, under Index No MON-L-3019-07.

CELENTANO, STADTMAUER & WALENTOWICZ, LLP
Notchview Office Park
1035 Route 46 East
P.O. Box 2594
Clifton, New Jersey 07015-2594

_____
Steven Stadtmauer, Esq.
*Attorneys for the Plaintiff*
*North Jersey Univ. Med. Ctr.*

Dated: Nov. ___, 2008

DRAZIN AND WARSHAW, P.C.
25 Reckless Place
P.O. Box 8909
Red Bank, New Jersey 07701

_____
Dennis A. Drazin, Esq.
*Attorneys for the Dependant/Third-Party*
*Plaintiffs George and Angela Burks*

Dated: Nov. ___, 2008

#1358936 v1
106782-64453

**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310

_____
E. Evans Wohlforth, Jr., Esq.
*Attorneys for Third-Party Defendant*
*Connecticut General Life Insurance Co.*
*(improperly named as 'CIGNA Health Care')*

Dated: Nov. 20 2008


**AND IT IS** this ___ day of November 2008

    **SO ORDERED** that this matter be and hereby is remanded to the Superior Court of New Jersey, Law Division, Monmouth County.

_____
Hon. Freda L. Wolfson, U.S.D.J.

#1358936 v1
106782-64453